UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-04877-DDP-GJS    JS-6 | Date | July 28, 2021 |
|---|---|---|---|
| Title | Melvin Steve Hill v. Los Angeles County Sheriff's Department, et al | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   (IN CHAMBERS) MOTION TO DISMISS [15, 25]

Plaintiff, represented by counsel, did not file oppositions to two separate motions to dismiss (Dkts. 15, 25) prior to the originally-scheduled hearing date. Although the court, on its own motion, continued the hearing date (and therefore the deadline to file written oppositions), Plaintiff has not filed any opposition, or any document that could be construed as a request for a continuance. See C.D. Cal. L.R. 7-9 ("Each opposing party shall . . . file . . . a brief but complete memorandum which shall contain a statement of all the reasons in opposition [to the motion] and the points and authorities upon which the opposing party will rely . . . ."). The court deems Plaintiff's failure to oppose as consent to the granting of both motions. See C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). Accordingly, the motions to dismiss are GRANTED. Plaintiff's Complaint is hereby DISMISSED.

|  | : |
|---|---|
| Initials of Preparer | PG |